## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                                      Criminal No. 06-65(1) (DWF/AJB)

          Plaintiff,

v.                                                                              **ORDER**

John Gregory Payton,

          Defendant.

---

Thomas M. Hollenhorst, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Joseph P. Tamburino, Esq., Caplan Law Firm, PA, counsel for Defendant.

---

      Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 12, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Defendant John Gregory Payton's Motion to Dismiss (Doc. No. 25) is **DENIED.**


Dated: May 1, 2006                     s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            Judge of United States District Court